UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | KENNETH C WHITELEATHER |
| Case Number: | 18-24915-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 11, 2019 11:00 AM  3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*Matter:*

#27 - Final Confirmation of Plan Dated 2/14/2019 (NFC)
R / M #:   27 / 0

*Appearances:*

Debtor: Cook
Trustee: Winnecour / Pail / (Katz) / DeSimone

Creditor: Warmbrodt for Toyota

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. __✓__ Plan/Motion continued to 10/24/19 @ 2:30pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont. for 506 action to be filed against Toyota or consent order enter.

7/2/2019    3:15:48PM