# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Kenneth C. Whiteleather aka Kenny C. Whiteleather | NO. 18-24915-CMB |
| Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation | |
| Movant | Related to Doc. No. 33, 40 |
| vs. | |
| Kenneth C. Whiteleather aka Kenny C. Whiteleather | |
| Respondent | |

## **STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Movant's claim is secured by a 2015 Toyota Corolla, VIN: 2T1BURHE9FC284826;

WHEREAS, on February 19, 2019, Movant filed a secured proof of claim in the amount of $13,426.88 setting forth pre-petition arrears in the amount of $705.63, with an annual interest rate of 6.250000%. (Claim 9-1);

WHEREAS, Debtor's Chapter 13 Plan dated February 14, 2019 proposes to pay a modified principal balance of $9,425.00 on Movant's secured claim with interest at the rate of 4.25%;

WHEREAS, Movant has filed an objection to Debtor's Chapter 13 Plan (Doc. 33);

WHEREAS, the parties have reached an agreement with regard to the treatment of Movant's secured claim under the Plan.

It is therefore Stipulated and agreed as follows:

1. Debtor shall pay the sum of $9,525.00 with interest at the rate of 6.00% on Movant's secured claim filed at Claim 9-1.

2. Movant's objection to confirmation of the Debtor's Chapter 13 Plan is withdrawn.

Consented to by:

| | |
|---|---|
| **/s/ Ronald Cook, Esquire** | **/s/ James C. Warmbrodt, Esquire** |
| Ronald Cook, Esquire | James C. Warmbrodt, Esquire |
| Foster Law Offices, LLC | KML Law Group, P.C. |
| Attorney for Debtor | Attorney for Movant |
| P.O. Box 966 | 701 Market Street, Suite 5000 |
| Meadville, PA 16335 | Philadelphia, PA 19106 |
| Phone: 814-724-1165 | Phone: 215-627-1322 |
| ronald@mrdebtbuster.com | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

Dated: August 14, 2019

FILED
8/14/19 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 18-24915-CMB
Kenneth C Whiteleather                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                Page 1 of 1         Date Rcvd: Aug 14, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
db             +Kenneth C Whiteleather,    5900 Babcock Boulevard,    Unit 17,    Pittsburgh, PA 15237-2553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Kenneth C Whiteleather dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5