**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 18-24915-CMB** |
| **Kenneth C. Whiteleather,** | : | **Chapter 13** |
| Debtor | : | |
| | : | **Related to Docket No.: 43** |
| **Kenneth C. Whiteleather,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **November 14, 2019,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **December 4, 2019 at 11:00 AM** in Courtroom B on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>October 28, 2019</u>                                                                  Respectfully submitted,

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<u>dan@mrdebtbuster.com</u>
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: <u>October 28, 2019</u> | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | PO Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

Duquesne Light Company
kebeck@bernsteinlaw.com

PRA Receivables Management, LLC
claims@recoverycorp.com

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899-8803

Capital One
Po Box 26625
Richmond, VA 23261-6625

Capital One
Po Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One N.A.
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Auto
Po Box 901003
Ft Worth, TX 76101-2003

Citizens Bank N.A.
One Citizens Bank Way
Mailstop: JCA115
Johnston, RI 02919-1922

Citizens Bank Na
480 Jefferson Boulevard
Warwick, RI 02886-1359

Comenity Bank / Giant Eagle
Po Box 182789
Columbus, OH 43218-2789

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193-8872

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Dsnb Macys
Po Box 8218
Mason, OH 45040-8218

Federal Loan Servicing
Po Box 60610
Harrisburg, PA 17106-0610

FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Fifth Third Bank
P.O. Box 637640
Cincinnati Ohio 45263-7640

Genesis / Celtic Indigo
Po Box 4499
Beaverton, OR 97076-4499

Kohls / Capital One
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Midland Funding LLC
2365 Northside Drive
Suite 30
San Diego, CA 92108-2709

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Mohela / Department Of Education
633 Spirit Drive
Chesterfield, MO 63005-1243

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101-4982

Patenaude & Felix APC
501 Corporate Drive
Southpointe Center, Suite 205
Canonsburg, PA 15317-8584

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SYNCHRONY BANK
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121-3132

Syncb / Amazon
Po Box 965015
Orlando, FL 32896-5015

Syncb / JCPenney
Po Box 965007
Orlando, FL 32896-5007

Syncb / Walmart
Po Box 965024
Orlando, FL 32896-5024

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Tbom / Milestone
Po Box 4499
Beaverton, OR 97076-4499

Td Bank Usa / Target Credit
Po Box 673
Minneapolis, MN 55440-0673

Toyota Motor Credit Company
111 West 22nd Street
Oakbrook, IL 60521

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg PA 17106-9184

Kenneth C Whiteleather
5900 Babcock Boulevard
Unit 17
Pittsburgh, PA 15237-2553

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com