**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Kenneth C. Whiteleather, | : | Bankruptcy No: 18-24915-CMB |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Midland Funding LLC, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**       **Midland Funding LLC**
**Incorrect Address:**   **2365 Northside Drive, Suite 30, San Diego CA 92108-2709**
**Correct Address:**     **350 Camino De Le Reina, San Diego CA 92108**

                                                                        Respectfully Submitted,

Date:  <u>November 8, 2019</u>                                          <u>/s/Daniel P. Foster, Esquire</u>
                                                                        Daniel P. Foster, Esquire
                                                                        PA I.D. #92376
                                                                        FOSTER LAW OFFICES
                                                                        PO Box 966
                                                                        Meadville, PA 16335
                                                                        Tel: 814.724.1165
                                                                        Fax: 814.724.1158
                                                                        Dan@MrDebtBuster.com
                                                                        Attorney for Debtors