**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 18-24915-CMB |
| | : | |
| **Kenneth C Whiteleather,** | : | **CHAPTER 13** |
| Debtor, | : | |
| _____ | : | **RELATED TO DOCKET NO.: 54 & 58** |
| **Kenneth C Whiteleather,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order, Notice of Proposed Modification and Amended Chapter 13 Plan, on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>December 31, 2019</u>

Respectfully submitted,
/s/ Clarissa Bayhurst
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193-8872

Chase Auto
Po Box 901003
Ft Worth, TX 76101-2003

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Comenity Bank / Giant Eagle
Po Box 182789
Columbus, OH 43218-2789

Keri P. Ebeck
Bernstein-Burkley
kebeck@bernsteinlaw.com

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
kebeck@bernsteinlaw.com

Fifth Third Bank
P.O. Box 637640
Cincinnati Ohio 45263-7640

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Kohls / Capital One
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Genesis / Celtic Indigo
Po Box 4499
Beaverton, OR 97076-4499

Mohela / Department Of Education
633 Spirit Drive
Chesterfield, MO 63005-1243

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101-4982

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Capital One
Po Box 30281
Salt Lake City, UT 84130-0281

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899-8803

Capital One N.A.
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Citizens Bank Na
480 Jefferson Boulevard
Warwick, RI 02886-1359

Citizens Bank N.A.
One Citizens Bank Way
Mailstop: JCA115
Johnston, RI 02919-1922

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Dsnb Macys
Po Box 8218
Mason, OH 45040-8218

Federal Loan Servicing
Po Box 60610
Harrisburg, PA 17106-0610

Midland Funding LLC
350 Camino De La Reina
San Diego, CA 92108-3007

Lauren Moyer
McCabe, Weisberg & Conway
lmoyer@mwc-law.com

PRA Receivables Management, LLC
claims@recoverycorp.com

Patenaude & Felix APC
501 Corporate Drive
Southpointe Center
Suite 205
Canonsburg, PA 15317-8584

SYNCHRONY BANK
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121-3132

Syncb / Walmart
Po Box 965024
Orlando, FL 32896-5024

Tbom / Milestone
Po Box 4499
Beaverton, OR 97076-4499

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Kenneth C Whiteleather
5900 Babcock Boulevard
Unit 17
Pittsburgh, PA 15237-2553

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Syncb / Amazon
Po Box 965015
Orlando, FL 32896-5015

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Td Bank Usa / Target Credit
Po Box 673
Minneapolis, MN 55440-0673

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg PA 17106-9184

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Syncb / JCPenney
Po Box 965007
Orlando, FL 32896-5007

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Toyota Motor Credit Company
111 West 22nd Street
Oakbrook, IL 60521

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com