**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Kenneth C Whiteleather, | : | Bankruptcy No: 18-24915-CMB |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Toyota Motor Credit Company, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**       **Toyota Motor Credit Company**
**Incorrect Address:**   **111 West 22nd Street, Oakbrook IL 60521**
**Correct Address:**     **P.O. Box 15012, Chandler AZ 85244-5012**

Respectfully Submitted,

Date:  January 15, 2020

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors