WWR # 040546837

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KENNETH C WHITELEATHER,<br><br>　　　　　Debtor,<br><br>CITIZENS BANK, N.A.,<br><br>　　　　　Movant,<br><br>v.<br><br>KENNETH C WHITELEATHER, DEBTOR,<br>RONDA J. WINNECOUR, TRUSTEE,<br>　　　　　Respondents. | Bankruptcy No. 18-24915-CMB<br><br>Chapter 13<br><br>Related to Doc. No. 64<br><br><br>**ENTERED BY DEFAULT** |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause came on for hearing this __11th__ day of __February__, 2020, in said District, upon the Motion of Citizens Bank, N.A. for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Citizens Bank, N.A. is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2016 Hyundai Accent VIN: KMHCT4AE7GU166617; that the Movant has not been adequately protected; that the Debtor has no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

Brian Langford
PA I.D. #324884
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
412-338-7102

_Carlota M. Böhm_　dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
2/11/20 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:   
Kenneth C Whiteleather   
    Debtor

Case No. 18-24915-CMB   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Feb 11, 2020   
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.   
db           +Kenneth C Whiteleather,   5900 Babcock Boulevard,   Unit 17,   Pittsburgh, PA 15237-2553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
NONE.                                                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****   
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:

          Brian Thomas Langford   on behalf of Creditor   Citizens Bank, N.A. PitEcf@weltman.com,
           PitEcf@weltman.com   
          Daniel P. Foster   on behalf of Debtor Kenneth C Whiteleather dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com   
          James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com   
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com   
          Lauren Moyer   on behalf of Creditor   FIFTH THIRD BANK ecfmail@ecf.courtdrive.com   
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov   
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com   
                                                                                                                                                                       TOTAL: 7