# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 18-24915-CMB |
| | : | |
| Kenneth C. Whiteleather, | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO: 78-79 |
| Kenneth C. Whiteleather, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Kathryn Schwartz, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan, Notice of Proposed Modification and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: July 30, 2021

Respectfully submitted,
/s/ Kathryn Schwartz
Kathryn Schwartz
Head Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-24915-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Jul 30 09:26:31 EDT 2021 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One N.A.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Auto<br>Po Box 901003<br>Ft Worth, TX 76101-2003 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Comenity Bank / Giant Eagle<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Federal Loan Servicing<br>Po Box 60610<br>Harrisburg, PA 17106-0610 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Fifth Third Bank<br>P.O. Box 637640<br>Cincinnati Ohio 45263-7640 | Genesis / Celtic Indigo<br>Po Box 4499<br>Beaverton, OR 97076-4499 |
| Kohls / Capital One<br>N56 West 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051 | Midland Funding LLC<br>350 Camino De La Reina<br>San Diego, CA 92108-3007 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Mohela / Department Of Education<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Patenaude & Felix APC<br>501 Corporate Drive<br>Southpointe Center<br>Suite 205<br>Canonsburg, PA 15317-8584 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 |

| | | |
|---|---|---|
| Syncb / Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb / JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb / Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Tbom / Milestone<br>Po Box 4499<br>Beaverton, OR 97076-4499 |
| Td Bank Usa / Target Credit<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Toyota Motor Credit Company<br>P.O. Box 15012<br>Chandler, AZ 85244-5012 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg PA 17106-9184 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Kenneth C Whiteleather<br>5900 Babcock Boulevard<br>Unit 17<br>Pittsburgh, PA 15237-2553 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens Bank N.A.<br>One Citizens Bank Way<br>Mailstop: JCA115<br>Johnston, RI 02919 | (d)Citizens Bank Na<br>480 Jefferson Boulevard<br>Warwick, RI 02886 | Discover Financial Services LLC<br>Po Box 15316<br>Wilmington, DE 19850 |
| Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45263 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 |
| Portfolio Recovery Associates<br>120 Corporate Boulevard<br>Suite 1<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citizens Bank, N.A. | (u)FIFTH THIRD BANK | (u)Fifth Third Bank, National Association as |

| | | |
|---|---|---|
| (u)Toyota Motor Credit Corporation | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     6
Total                  48