**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/10/2021

IN RE:

KENNETH C WHITELEATHER
5900 BABCOCK BOULEVARD
UNIT 17
PITTSBURGH, PA 15237
XXX-XX-6572        Debtor(s)

Case No. 18-24915 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/10/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 5366 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: WALMART/PRAE | |
| | | |
| **KERI P EBECK ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| BERNSTEIN BURKLEY | Court Claim Number: | ACCOUNT NO.: |
| 601 GRANT ST 9TH FL | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: DUQ LITE/PRAE | |
| | | |
| **PNC BANK NA** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:7 | ACCOUNT NO.: 5863 |
| | CLAIM: 30,520.17 | |
| CLEVELAND, OH  44101 | COMMENT: NT/SCH*30520.17/CL*LIEN RELEASED~SATISFIED*CL UNS | |
| | | |
| **CITIZENS BANK NA\*\*** | Trustee Claim Number:4   INT %: 4.25% | CRED DESC: VEHICLE |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:5 | ACCOUNT NO.: 8094 |
| | CLAIM: 3,131.12 | |
| JOHNSTON, RI  02919 | COMMENT: RS/DOE*$12,517.32/CL*$CL5GOV@4.25%/PL | |
| | | |
| **FIFTH THIRD BANK** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| PO BOX 637640 | Court Claim Number:4 | ACCOUNT NO.: 0206 |
| | CLAIM: 0.00 | |
| CINCINNATI, OH  45263-7640 | COMMENT: PMT/DECL*DK4PMT-LMT*BGN 1/19*$0ARRS/CL-PL | |
| | | |
| **TOYOTA MOTOR CREDIT CORP (TMCC)** | Trustee Claim Number:6   INT %: 6.00% | CRED DESC: VEHICLE |
| POB 9490\*\* | Court Claim Number:9 | ACCOUNT NO.: 4858 |
| | CLAIM: 5,366.94 | |
| CEDAR RAPIDS, IA  52409-9490 | COMMENT: SURR/PL*9425@6%/STIP-CONF-PL**W/25 | |
| | | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:10 | ACCOUNT NO.: 6633 |
| | CLAIM: 1,788.81 | |
| NORFOLK, VA  23541 | COMMENT: BARCLAYS/UPROMISE | |
| | | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:2 | ACCOUNT NO.: 4804 |
| | CLAIM: 1,396.95 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |
| | | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:3 | ACCOUNT NO.: 5960 |
| | CLAIM: 997.96 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |
| | | |
| **DISCOVER BANK(\*)** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.: 4572 |
| PO BOX 3025 | | |
| | CLAIM: 808.29 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 419.34<br>COMMENT: MACY'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0618 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 8-2<br>CLAIM: 130,273.08<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6572 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 847.26<br>COMMENT: 3802/SCH*CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2712 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 5,457.14<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3385 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,141.21<br>COMMENT: SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4023 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,311.98<br>COMMENT: WALMART/GEMB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3085 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 3,604.22<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6876 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADRS/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PATENAUDE AND FELIX APC**<br>9619 CHESAPEAKE DR STE 300<br>SAN DIEGO, CA 92123 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADRS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TOYOTA MOTOR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 66.35<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6075 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 456.99<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6786 |
| **SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 3,163.55<br>COMMENT: ACCT NT/SCH*PAYPAL/COMENITY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9424 |
| **DSO Receipient** | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: N ID 257201 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 3,901.88<br>COMMENT: SURR@6*CL BAL ~ TRT UNS*W/6*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4858 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AMERICAN CREDIT ACCEPTANCE LLC**<br>PO BOX 4419<br>WILMINGTON, OH 45177-4419 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 345.42/PL*325.42X(24+2)=LMT*BGN 1/20 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 1454 |
| **MCCABE WEISBERG & CONWAY PC**<br>1ST UNION BLDG<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIFTH THIRD BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |