**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-24915-CMB |
| | : | |
| **Kenneth C Whiteleather,** | : | **CHAPTER 13** |
| Debtor, | : | |
| | : | **MOTION NO.: WO - 1** |
| **Kenneth C Whiteleather,** | : | |
| Movant, | : | **RELATED TO DOCKET NO.: 87** |
| | : | |
| vs. | : | |
| | : | |
| **County of Allegheny,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>December 3, 2021</u>   By: /s/ Kaitlyn E. Vale
                                                                                          KAITLYN E. VALE, PARALEGAL
                                                                                          FOSTER LAW OFFICES
                                                                                          1210 Park Avenue
                                                                                          Meadville, PA 16335
                                                                                          Tel 814.724.1165
                                                                                          Fax 814.724.1158

\*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**COUNTY OF ALLEGHENY**
**ROOM 108 COURTHOUSE**
**436 GRANT STREET**
**PITTSBURGH PA 15219**