# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  KENNETH C WHITELEATHER<br><br>       Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>         vs.<br>KENNETH C WHITELEATHER<br><br>       Respondents | Case No. 18-24915CMB<br><br>Chapter 13<br><br>Document No. 86 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  2nd  day of  December, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

County Of Allegheny
Attn: Payroll Manager
Room 108 Courthouse
436 Grant St
Pittsburgh, PA 15219-

is hereby ordered to immediately terminate the attachment of the wages of KENNETH C WHITELEATHER, social security number XXX-XX-6572. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KENNETH C WHITELEATHER.

BY THE COURT:

FILED
12/2/21 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24915-CMB |
| Kenneth C Whiteleather | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kenneth C Whiteleather, 5900 Babcock Boulevard, Unit 17, Pittsburgh, PA 15237-2553 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 04, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Kenneth C Whiteleather dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor FIFTH THIRD BANK ecfmail@ecf.courtdrive.com |
| Lauren Moyer | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor Fifth Third Bank  National Association as Successor by merger to Fifth Third Mortgage Company
        ecfmail@ecf.courtdrive.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 8