Certificate Number: 03088-PAW-DE-036243957

Bankruptcy Case Number: 18-24915



03088-PAW-DE-036243957

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 5, 2022, at 4:46 o'clock PM CST, Kenneth C Whiteleather completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 5, 2022                By:    /s/Tania Roman

                                       Name:  Tania Roman

                                       Title: Counselor I