Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kenneth C Whiteleather
aka Kenny C Whiteleather**
Debtor(s)

Bankruptcy Case No.: 18−24915−CMB
Related to Doc. No. 94
Chapter: 13
Docket No.: 95 − 94

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of January, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/14/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/26/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/14/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24915-CMB |
| Kenneth C Whiteleather | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 27, 2022 | Form ID: 408v | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth C Whiteleather, 5900 Babcock Boulevard, Unit 17, Pittsburgh, PA 15237-2553 |
| 14970416 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14970415 | + | Federal Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14986240 | | Fifth Third Bank, P.O. Box 637640, Cincinnati Ohio 45263-7640 |
| 14970418 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14970420 | + | Mohela / Department Of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14970427 | + | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14970428 | | Toyota Motor Credit Company, P.O. Box 15012, Chandler, AZ 85244-5012 |
| 14996727 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14993797 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14970405 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 27 2022 23:38:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14991202 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2022 23:38:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14970410 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2022 23:38:00 | Citizens Bank Na, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 14970406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:36:18 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14970407 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:36:21 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14984215 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:36:18 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14970408 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:36:57 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14970411 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Bank / Giant Eagle, Po Box 182789, Columbus, OH 43218-2789 |
| 14970412 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2022 23:36:31 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14970413 | | Email/Text: mrdiscen@discover.com | Jan 27 2022 23:38:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14970414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:47:31 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15006896 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:38:00 | Department Stores National Bank, c/o Quantum3 |

Case 18-24915-CMB   Doc 96   Filed 01/29/22   Entered 01/30/22 00:27:52   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 408v | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14973402 | | Email/Text: mrdiscen@discover.com | Jan 27 2022 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15002700 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 27 2022 23:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14970417 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 27 2022 23:39:00 | Genesis / Celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14970409 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2022 23:36:07 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14970419 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2022 23:38:00 | Midland Funding LLC, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 14992042 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2022 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14992256 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2022 23:38:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14970422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:13 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502 |
| 14998524 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:36:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14971548 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:37:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14970421 | + | Email/Text: paparalegals@pandf.us | Jan 27 2022 23:39:00 | Patenaude & Felix APC, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15007555 | + | Email/Text: bncmail@w-legal.com | Jan 27 2022 23:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14970423 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:09 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14970424 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:08 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14970425 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:35:58 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15007328 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15007609 | + | Email/Text: bncmail@w-legal.com | Jan 27 2022 23:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14970426 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 27 2022 23:39:00 | Tbom / Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14996727 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 27 2022 23:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | FIFTH THIRD BANK |
| cr | | Fifth Third Bank, National Association as Successo |

| | | |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Daniel P. Foster
on behalf of Debtor Kenneth C Whiteleather dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Garry Alan Masterson
on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
on behalf of Creditor Fifth Third Bank  National Association as Successor by merger to Fifth Third Mortgage Company ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Marisa Myers Cohen
on behalf of Creditor FIFTH THIRD BANK ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8