**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KENNETH C WHITELEATHER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:18-24915<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/28/2018 and confirmed on 3/11/19. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,135.48 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,135.48 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 1,765.87 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,265.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIFTH THIRD BANK | 0.00 | 11,727.36 | 0.00 | 11,727.36 |
|     Acct: 0206 | | | | |
|   CITIZENS BANK NA** | 3,131.12 | 3,131.12 | 563.08 | 3,694.20 |
|     Acct: 8094 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 5,366.94 | 5,366.94 | 1,160.90 | 6,527.84 |
|     Acct: 4858 | | | | |
| | | | | 21,949.40 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH C WHITELEATHER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN CREDIT ACCEPTANCE LLC | 0.00 | 7,810.08 | 0.00 | 7,810.08 |
|     Acct: 1454 | | | | |
| | | | | 7,810.08 |
| **Unsecured** | | | | |
|   PNC BANK NA | 30,520.17 | 18.06 | 0.00 | 18.06 |
|     Acct: 5863 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,788.81 | 1.06 | 0.00 | 1.06 |
|     Acct: 6633 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,396.95 | 0.83 | 0.00 | 0.83 |
|     Acct: 4804 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 997.96 | 0.59 | 0.00 | 0.59 |
|     Acct: 5960 | | | | |
|   DISCOVER BANK(*) | 808.29 | 0.47 | 0.00 | 0.47 |
|     Acct: 4572 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 419.34 | 0.25 | 0.00 | 0.25 |
|     Acct: 0618 | | | | |
|   US DEPARTMENT OF EDUCATION | 130,273.08 | 77.08 | 0.00 | 77.08 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6572 | | | | |
| MIDLAND FUNDING LLC | 847.26 | 0.50 | 0.00 | 0.50 |
| Acct: 2712 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,457.14 | 3.22 | 0.00 | 3.22 |
| Acct: 3385 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,141.21 | 0.67 | 0.00 | 0.67 |
| Acct: 4023 | | | | |
| SYNCHRONY BANK | 1,311.98 | 0.78 | 0.00 | 0.78 |
| Acct: 3085 | | | | |
| TD BANK USA NA** | 3,604.22 | 2.13 | 0.00 | 2.13 |
| Acct: 6876 | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 66.35 | 0.04 | 0.00 | 0.04 |
| Acct: 6075 | | | | |
| DUQUESNE LIGHT COMPANY* | 456.99 | 0.27 | 0.00 | 0.27 |
| Acct: 6786 | | | | |
| SYNCHRONY BANK | 3,163.55 | 1.87 | 0.00 | 1.87 |
| Acct: 9424 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 3,901.88 | 2.31 | 0.00 | 2.31 |
| Acct: 4858 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5366 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 110.13 |

| TOTAL PAID TO CREDITORS | | | | 29,869.61 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY            0.00
SECURED         8,498.06
UNSECURED     186,155.18

Date: 01/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KENNETH C WHITELEATHER

          Debtor(s)

    Ronda J. Winnecour
          Movant
      vs.
    No Repondents.

Case No.:18-24915

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-24915-CMB

Kenneth C Whiteleather  
Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Jan 27, 2022     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth C Whiteleather, 5900 Babcock Boulevard, Unit 17, Pittsburgh, PA 15237-2553 |
| 14970416 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14970415 | + | Federal Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14986240 | | Fifth Third Bank, P.O. Box 637640, Cincinnati Ohio 45263-7640 |
| 14970418 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14970420 | + | Mohela / Department Of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14970427 | + | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14970428 | | Toyota Motor Credit Company, P.O. Box 15012, Chandler, AZ 85244-5012 |
| 14996727 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14993797 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14970405 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 27 2022 23:38:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14991202 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2022 23:38:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14970410 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2022 23:38:00 | Citizens Bank Na, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 14970406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:36:18 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14970407 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:36:18 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14984215 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:36:58 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14970408 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:37:10 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14970411 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Bank / Giant Eagle, Po Box 182789, Columbus, OH 43218-2789 |
| 14970412 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2022 23:37:12 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14970413 | | Email/Text: mrdiscen@discover.com | Jan 27 2022 23:38:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14970414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:37:16 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15006896 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:38:00 | Department Stores National Bank, c/o Quantum3 |

Case 18-24915-CMB   Doc 97   Filed 01/29/22   Entered 01/30/22 00:27:52   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14973402 | | Email/Text: mrdiscen@discover.com | Jan 27 2022 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15002700 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 27 2022 23:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14970417 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 27 2022 23:39:00 | Genesis / Celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14970409 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2022 23:36:08 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14970419 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2022 23:38:00 | Midland Funding LLC, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 14992042 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2022 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14992256 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2022 23:38:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14970422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:02 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502 |
| 14998524 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14971548 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:36:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14970421 | + | Email/Text: paparalegals@pandf.us | Jan 27 2022 23:39:00 | Patenaude & Felix APC, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15007555 | + | Email/Text: bncmail@w-legal.com | Jan 27 2022 23:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14970423 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:04 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14970424 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:04 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14970425 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:08 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15007328 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15007609 | + | Email/Text: bncmail@w-legal.com | Jan 27 2022 23:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14970426 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 27 2022 23:39:00 | Tbom / Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14996727 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 27 2022 23:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | FIFTH THIRD BANK |
| cr | | Fifth Third Bank, National Association as Successo |

| | | |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
                    on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Daniel P. Foster
                    on behalf of Debtor Kenneth C Whiteleather dan@mrdebtbuster.com
                    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Garry Alan Masterson
                    on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
                    on behalf of Creditor Fifth Third Bank  National Association as Successor by merger to Fifth Third Mortgage Company ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Marisa Myers Cohen
                    on behalf of Creditor FIFTH THIRD BANK ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 8