**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KENNETH C WHITELEATHER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-24915 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/28/2018 and confirmed on 03/11/2019. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 35,135.48 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,135.48 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 1,765.87 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,265.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FIFTH THIRD BANK | 0.00 | 11,727.36 | 0.00 | 11,727.36 |
| Acct: 0206 | | | | |
| CITIZENS BANK NA** | 3,131.12 | 3,131.12 | 563.08 | 3,694.20 |
| Acct: 8094 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 5,366.94 | 5,366.94 | 1,160.90 | 6,527.84 |
| Acct: 4858 | | | | |
| | | | | 21,949.40 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH C WHITELEATHER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN CREDIT ACCEPTANCE LLC | 0.00 | 7,810.08 | 0.00 | 7,810.08 |
| Acct: 1454 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 7,810.08 |
| **Unsecured** | | | | |
| PNC BANK NA | 30,520.17 | 18.06 | 0.00 | 18.06 |
| Acct: 5863 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,788.81 | 1.06 | 0.00 | 1.06 |
| Acct: 6633 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,396.95 | 0.83 | 0.00 | 0.83 |
| Acct: 4804 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 997.96 | 0.59 | 0.00 | 0.59 |
| Acct: 5960 | | | | |
| DISCOVER BANK(*) | 808.29 | 0.47 | 0.00 | 0.47 |
| Acct: 4572 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 419.34 | 0.25 | 0.00 | 0.25 |
| Acct: 0618 | | | | |
| US DEPARTMENT OF EDUCATION | 130,273.08 | 77.08 | 0.00 | 77.08 |
| Acct: 6572 | | | | |
| MIDLAND FUNDING LLC | 847.26 | 0.50 | 0.00 | 0.50 |
| Acct: 2712 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,457.14 | 3.22 | 0.00 | 3.22 |
| Acct: 3385 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,141.21 | 0.67 | 0.00 | 0.67 |
| Acct: 4023 | | | | |
| SYNCHRONY BANK | 1,311.98 | 0.78 | 0.00 | 0.78 |
| Acct: 3085 | | | | |
| TD BANK USA NA** | 3,604.22 | 2.13 | 0.00 | 2.13 |
| Acct: 6876 | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 66.35 | 0.04 | 0.00 | 0.04 |
| Acct: 6075 | | | | |
| DUQUESNE LIGHT COMPANY* | 456.99 | 0.27 | 0.00 | 0.27 |
| Acct: 6786 | | | | |
| SYNCHRONY BANK | 3,163.55 | 1.87 | 0.00 | 1.87 |
| Acct: 9424 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 3,901.88 | 2.31 | 0.00 | 2.31 * |
| Acct: 4858 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TOYOTA MOTOR CREDIT CORP | 4,641.56 | 0.00 | 0.00 | 0.00 |
| Acct: 4858 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5366 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 110.13 |

TOTAL PAID TO CREDITORS                                                                                   29,869.61

```
*Toyota Motor Credit filed an amended Proof of Claim increasing
 the amount of its unsecured claim to $8,543.44 on 3/4/22.  This
 was after the initial Report had been filed and therefore after
 all balance on hand had been distributed.  Creditor to receive
 no more than the $2.31 indicated.
```

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 8,498.06 |
| UNSECURED | 190.796.74 |

Date: 03/08/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com