**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KENNETH C WHITELEATHER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24915

Chapter 13

Document No.: 94

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __29th__ day of __March__, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/29/22 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24915-CMB |
| Kenneth C Whiteleather | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 29, 2022 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth C Whiteleather, 5900 Babcock Boulevard, Unit 17, Pittsburgh, PA 15237-2553 |
| 14970416 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14970415 | + | Federal Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14986240 | | Fifth Third Bank, P.O. Box 637640, Cincinnati Ohio 45263-7640 |
| 14970418 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14970420 | ++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243 address filed with court:, Mohela / Department Of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14970427 | + | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14970428 | | Toyota Motor Credit Company, P.O. Box 15012, Chandler, AZ 85244-5012 |
| 14993797 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14970405 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 29 2022 23:43:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14991202 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 29 2022 23:43:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14970410 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 29 2022 23:43:00 | Citizens Bank Na, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 14970406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2022 23:51:09 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14970407 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2022 23:51:08 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14984215 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2022 23:50:58 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14970408 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2022 23:50:58 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14970411 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 29 2022 23:44:00 | Comenity Bank / Giant Eagle, Po Box 182789, Columbus, OH 43218-2789 |
| 14970412 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 29 2022 23:50:58 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14970413 | | Email/Text: mrdiscen@discover.com | Mar 29 2022 23:43:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14970414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2022 23:51:06 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15006896 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2022 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14973402 | | Email/Text: mrdiscen@discover.com | Mar 29 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15002700 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 29 2022 23:44:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14970417 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 29 2022 23:44:00 | Genesis / Celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14970409 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2022 23:50:57 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14970420 | | Email/Text: ClaimsHelp@Mohela.com | Mar 29 2022 23:43:00 | Mohela / Department Of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14970419 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2022 23:44:00 | Midland Funding LLC, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 14992042 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2022 23:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14992256 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2022 23:43:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14970422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2022 23:50:59 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502 |
| 14998524 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2022 23:50:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14971548 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2022 23:51:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14970421 | + | Email/Text: paparalegals@pandf.us | Mar 29 2022 23:44:00 | Patenaude & Felix APC, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15007555 | + | Email/Text: bncmail@w-legal.com | Mar 29 2022 23:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14970423 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:50:58 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14970424 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:51:10 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14970425 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:51:09 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15007328 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:50:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15007609 | + | Email/Text: bncmail@w-legal.com | Mar 29 2022 23:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14970426 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 29 2022 23:44:00 | Tbom / Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14970427 | + | Email/Text: bncmail@w-legal.com | Mar 29 2022 23:44:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 14996727 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 29 2022 23:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15459545 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2022 23:51:04 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 34

Case 18-24915-CMB    Doc 103    Filed 03/31/22    Entered 04/01/22 00:25:17    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: pdf900 | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | FIFTH THIRD BANK |
| cr | | Fifth Third Bank, National Association as Successo |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Kenneth C Whiteleather dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor Fifth Third Bank  National Association as Successor by merger to Fifth Third Mortgage Company ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor FIFTH THIRD BANK ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8